Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                            Case No.: 18−27657−KCF
                                            Chapter: 13
                                            Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jerry Edward Trad                                          Christine Elizabeth Trad
    421 3rd St                                                   421 3rd St
    Waretown, NJ 08758                             Waretown, NJ 08758

Social Security No.:
   xxx−xx−7960                                             xxx−xx−9952

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on March 29, 2019.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 29, 2019
JAN: dmi

                                                                                         Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-27657-KCF
Jerry Edward Trad                                                      Chapter 13
Christine Elizabeth Trad
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Mar 29, 2019
                              Form ID: 148             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.
```
db/jdb        +Jerry Edward Trad,   Christine Elizabeth Trad,   421 3rd St,   Waretown, NJ 08758-3101
517737316     +Carrington Mortgage,   PO Box 79001,   Phoenix, AZ 85062-9001
517868449     +Carrington Mortgage Services, LLC,   P.O. Box 3730,   Anaheim, CA 92803-3730
517875109     +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
517737317      Citibank,   c/o Portfolio Recovery Assoc LLC,   120 Corp Blvd # 100,   Norfolk, VA 23502
517737319     +Ocean Twp MUA,   50 Railroad Av,   Waretown, NJ 08758-2731
517829204     +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
517737320     +PNC Bank,   c/o Mattleman Weinroth & Miller PC,   401 Route 70 East #100,
               Cherry Hill, NJ 08034-2410
517768706     +Township Of Ocean,   50 Railroad Avenue,   Waretown, NJ 08758-2799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2019 00:30:51     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2019 00:30:47     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517737314     +EDI: GMACFS.COM Mar 30 2019 03:58:00      Ally Auto,   PO Box 380901,
               Minneapolis, MN 55438-0901
517768054      EDI: GMACFS.COM Mar 30 2019 03:58:00      Ally Capital,   PO Box 130424,
               Roseville MN 55113-0004
517737315      EDI: BANKAMER.COM Mar 30 2019 03:58:00      Bank of America,   PO Box 15019,
               Wilmington, DE 19886
517737318     +EDI: AMINFOFP.COM Mar 30 2019 03:58:00      First Premiere Bank,   PO Box 5524,
               Sioux Falls, SD 57117-5524
517822428      EDI: JEFFERSONCAP.COM Mar 30 2019 03:58:00      Jefferson Capital Systems LLC,   Po Box 7999,
               Saint Cloud Mn 56302-9617
517854990      EDI: PRA.COM Mar 30 2019 03:58:00      Portfolio Recovery Associates, LLC,   c/o The Home Depot,
               POB 41067,   Norfolk VA 23541
517812168     +EDI: JEFFERSONCAP.COM Mar 30 2019 03:58:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517737321     +EDI: SEARS.COM Mar 30 2019 03:58:00      Sears - Bankruptcy,   PO Box 3671,
               Des Moines, IA 50323-0671
517737490     +EDI: RMSC.COM Mar 30 2019 03:58:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517853218     +EDI: AIS.COM Mar 30 2019 03:58:00      Verizon,   by American InfoSource as agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517813478      EDI: WFFC.COM Mar 30 2019 03:58:00      Wells Fargo Bank, N.A., Wells Fargo Card Services,
               PO Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438
517737322     +EDI: WFFC.COM Mar 30 2019 03:58:00      Wells Fargo Fin Nat Bank,   PO Box 10475,
               Des Moines, IA 50306-0475
                                                                                              TOTAL: 14
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 29, 2019
                              Form ID: 148             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:

        Albert    Russo    docs@russotrustee.com
        Elizabeth K. Holdren    on behalf of Creditor    Carrington Mortgage Services, LLC eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com
        Rebecca Ann Solarz    on behalf of Creditor    PNC Bank NA rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Vincent E. Villamor    on behalf of Joint Debtor Christine Elizabeth Trad vevillamor@gmail.com, vevillamor@gmail.com
        Vincent E. Villamor    on behalf of Debtor Jerry Edward Trad vevillamor@gmail.com, vevillamor@gmail.com

        TOTAL: 6