Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18–27657–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jerry Edward Trad
421 3rd St
Waretown, NJ 08758

Christine Elizabeth Trad
421 3rd St
Waretown, NJ 08758

Social Security No.:
   xxx–xx–7960                                          xxx–xx–9952

Employer's Tax I.D. No.:

---

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 29, 2019</u>            <u>Michael B. Kaplan</u>
                                       Judge, United States Bankruptcy Court